# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 16, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

155239(96)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JONATHAN DAVID HEWITT-EL,
      Defendant-Appellant.

_____/

SC: 155239
COA: 332946
Wayne CC: 10-002907-FC

On order of the Chief Justice, the motion of defendant-appellant to file a supplemental brief after remand is GRANTED. The supplemental brief submitted on May 14, 2018, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 16, 2018

Clerk